AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ADRIAN PEREZ-TIBURCIO | ) | Case No. 12-8413-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
OCT 17 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) & (b)(2) | Re-entry after Deportation |

This criminal complaint is based on these facts:

an alien, having previously been removed from the United States on or about on January 17, 2012, was found in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202 (3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States,

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer ANDY KORZEN, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/17/2012__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   Hon. DAVE LEE BRANNON
*Printed name and title*

## UNITED STATES v. ADRIAN PEREZ-TIBURCIO
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Adrian-PEREZ-TIBURCIO, also known as Adrian TIBURCIO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about October 11, 2012, Adrian-PEREZ-TIBURCIO was arrested in Palm Beach County, Florida on charge of failure to properly register as a sexual predator. He was booked and detained at the Palm Beach County Jail.

4. On or about October 12, 2012, at the Palm Beach County Jail, Immigration Enforcement Agent Efrain Cruz took a sworn statement from Adrian-PEREZ-TIBURCIO. Post-*Miranda,* Adrian-PEREZ-TIBURCIO admitted to being a citizen of Mexico. He further admitted to last entering into the United States in July 2012 after being deported from the United States on January 12, 2012. Adrian-PEREZ-

TIBURCIO also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about October 15, 2012, your affiant received the immigration alien file assigned to Adrian-PEREZ-TIBURCIO. Records within this alien file assigned to Adrian-PEREZ-TIBURCIO show that he is a native and citizen of Mexico. Records further show that on or about January 5, 2012, Adrian-PEREZ-TIBURCIO was ordered removed from the United States. The Order of Removal was executed on or about January 17, 2012, whereby Adrian-PEREZ-TIBURCIO was removed from the United States to Mexico.

6. Records further show that on or about September 23, 2005, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Adrian-PEREZ-TIBURCIO was convicted of lewd and lascivious molestation and battery of a child expelling certain fluids in case number 05-4216CFA02.

7. Border Patrol Fingerprint Examiner Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on October 11, 2012, that is, Adrian-PEREZ-TIBURCIO, was the same person previously removed from the United States on or about January 17, 2012.

8. On or about October 15, 2012, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A091 397 291 for the alien identified as Adrian-PEREZ-TIBURCIO, verifying that, after a diligent search, no record was found to exist indicating that Adrian-PEREZ-TIBURCIO had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

3

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about October 11, 2012, Adrian-PEREZ-TIBURCIO, also known as Adrian TIBURCIO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 17th day of October, 2012.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# BOND RECOMMENDATION

ADRIAN PEREZ-TIBURCIO
Defendant

PRETRIAL DETENTION is recommended as to defendant.

A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8413-DLB

IN RE: COMPLAINT

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _____ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _____ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY
By:___s/ Lothrop Morris____
LOTHROP MORRIS
Assistant United States Attorney
Florida Bar No. 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711